# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ESTATE OF MARQUIEL D. ROSS, ex rel.           )
RACHEL MACON, as Personal                      )
Representative, DANIELLE ROSS,                 )
individually,                                  )
                                               )
                   Plaintiff,                  )
                                               )       Case No.: 25-cv-472
vs.                                            )
                                               )
STEVEN HARPE, in his individual and            )
official capacities as Director of the         )
Oklahoma Department of Corrections, *et al*,   )
                                               )
                   Defendants.                 )

## PLAINTIFF'S MOTION TO AMENDED COMPLAINT

**COME NOW** Plaintiffs Danielle Ross, individually and as next of kin to Marquiel D. Ross, deceased, and the Estate of Marquiel D. Ross, ex rel. Rachel Macon, as Administrator (collectively "Plaintiffs"), by and through their attorneys, Richard C. Labarthe and Alexey V. Tarasov, and pursuant to Fed. R. Civ. P. 15(a)(2) and LCvR 15.1, respectfully move this Court for leave to file their Amended Complaint.

The Court previously set a timeline for Plaintiffs to file a Motion to Amend by Friday, July 11, 2025. However, lead undersigned counsel Richard Labarthe was in the hospital on that date (and in effect has remained in the hospital all weekend) due to complications arising from a double hip replacement. Plaintiffs' Motion to Amend is being filed as expeditiously as possible under the circumstances, *i.e.*, a few minutes past midnight on Monday, July 14, 2025. Plaintiffs have contacted counsel for Defendants to ascertain their position regarding this motion and will let the Court know as soon as defense counsel state their position.

Pursuant to this Court's Order dated June 11, 2025 [Doc. No. 8], Plaintiffs seek to address and cure deficiencies noted by the Court concerning specificity and allegations of

- 1 -

Defendants' personal involvement, training, supervision, and implementation of unconstitutional policies and practices. Specifically, Plaintiffs intend to provide additional detail to establish each Defendant's affirmative link to the alleged constitutional violations and clarify the allegations related to Defendants' deliberate indifference and supervisory liability.

Plaintiffs' proposed amendments include the following specific points that enhance the original Complaint:

1. Identification of previously unnamed defendants, replacing – to the extent presently known – some of the John and Jane Doe placeholders with specifically named ODOC officials and staff, including a Deputy Warden, Correctional Security Officers (CSOs), medical staff, and agents, linking each defendant to the alleged constitutional violations.

2. Enhanced factual allegations specifying each defendant's personal knowledge of the dangerous conditions and actions that resulted in Marquiel D. Ross's death, including explicit references to their roles, responsibilities, and failures in supervision and adherence to policies.

3. Clearer articulation of the causal links between ODOC's unconstitutional policies or customs and Mr. Ross's injuries and death.

4. Additional detail addressing the Court's concerns about general allegations, specifically by stating precise actions and omissions attributable to each defendant.

5. Removal of improperly named parties identified in the original Complaint.

In compliance with LCvR 15.1, Plaintiffs have attached hereto as Exhibit 1 their proposed Amended Complaint.

Plaintiffs assert that granting leave to amend serves the interests of justice, is timely given counsel's medical circumstances, and does not prejudice Defendants, who have ample time to respond to the clarified and augmented allegations.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant their Motion for Leave to File an Amended Complaint.

Dated: July 14, 2025.
Respectfully submitted,

Richard C. Labarthe, OBA # 11393

Alexey V. Tarasov, OBA # 32926
LABARTHE & TARASOV, a professional association
1000 W. Wilshire Blvd., Suite 355
Oklahoma City, Oklahoma 73116
(405) 843-5616 Telephone
(405) 843-9685 Facsimile
richard@labarthelaw.com
330 W. Gray Street, Suite 208
Norman, OK 73069
(405) 410-5631 Telephone
(832) 558-3540 Facsimile
alexey@tarasovlaw.com
**Attorneys for Plaintiffs**

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2025, I electronically transmitted the foregoing

document to the Clerk of Court using the ECF System for filing. I further certify that a true

and correct copy of the foregoing document was electronically sent to all counsel of record,

including:

> Lauren Ray, OBA# 22694
> Lexie P. Norwood, OBA# 31414
> Assistant Attorneys General
> Oklahoma Attorney General's Office
> 313 NE 21st Street
> Oklahoma City, OK 73105
> Tel: (405) 521-3921
> Fax: (405) 521-4518
> lauren.ray@oag.ok.gov
> lexie.norwood@oag.ok.gov
> **Attorneys for Defendants**

> /s/ Alexey V. Tarasov
> Alexey V. Tarasov, OBA # 32926
> 330 W. Gray Street, Suite 208
> Norman, OK 73069
> (405) 410-5631 Telephone
> (832) 558-3540 Facsimile

- 4 -