**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

ESTATE OF MARQUIEL D. ROSS, ex rel. )
RACHEL MACON, as Personal )
Representative, DANIELLE ROSS, )
individually, )
           )
          Plaintiff, )
           )    Case No.: 25-cv-472
vs. )
           )
STEVEN HARPE, *et al*, )
           )
         Defendants. )

**PLAINTIFFS' RENEWED MOTION FOR LEAVE
TO FILE AN AMENDED COMPLAINT**

**COME NOW** Plaintiffs Danielle Ross, individually and as next of kin to Marquiel D.

Ross, deceased, and the Estate of Marquiel D. Ross, ex rel. Rachel Macon, as Administrator

(collectively "Plaintiffs"), by and through undersigned counsel, and pursuant to Fed. R. Civ. P.

15(a)(2) and LCvR 15.1, respectfully move this Court for leave to file their Amended Complaint.

**I. PROCEDURAL BACKGROUND**

Plaintiffs originally filed their Complaint in Oklahoma County District Court. The action

was removed to this Court, whereupon the Court dismissed certain claims pursuant to

Defendants' motion and directed Plaintiffs to cure deficiencies if amendment was sought. [Doc.

Nos. 9].

On August 4, 2025, this Court denied Plaintiffs' prior motion to amend, without

prejudice, because the proposed pleading improperly reasserted claims and defendants

previously dismissed. [Doc. No. 13]. The Court afforded Plaintiffs one further opportunity to

seek amendment, provided the proposed pleading removed dismissed parties and claims and

properly addressed the Court's prior rulings. Plaintiffs now file this timely renewed motion in

strict compliance with the Court's August 4, 2025 Order.

## II. COMPLIANCE WITH THE COURT'S ORDER

Plaintiffs have revised their proposed Amended Complaint to comport with this Court's directives in full. Specifically:

1. Plaintiffs no longer name the Oklahoma Department of Corrections ("ODOC") as a Defendant. Likewise, Plaintiffs do not reassert claims for monetary relief against Defendants in their official capacities.

2. Plaintiffs' claims against Defendants Harpe, Quick, and other specifically identified ODOC officials are now pleaded with particularity. Each Defendant's role, responsibilities, and personal knowledge of, or deliberate indifference to, the unconstitutional conditions that caused Mr. Ross's death are clearly set forth.

3. The Amended Complaint establishes the required affirmative link between each Defendant's conduct and the alleged constitutional violations, as directed by this Court.

4. Plaintiffs provide detailed factual allegations concerning supervisory failures, training deficiencies, and deliberate indifference in policymaking, curing the deficiencies previously noted.

5. To the extent possible, John and Jane Doe placeholders have been replaced with named ODOC staff and officers, narrowing the allegations and ensuring specificity.

## III. LEGAL STANDARD

Rule 15(a)(2) provides that leave to amend should be "freely given when justice so requires." The Tenth Circuit recognizes a liberal policy in favor of amendment, particularly where amendment cures defects identified by the Court and does not cause undue prejudice. *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Here, Plaintiffs' amendment is timely under the Court's August 4, 2025 Order, responsive to the Court's identified concerns, and does not prejudice Defendants, who will have ample opportunity to respond.

## IV. CONCLUSION

For the reasons stated above, Plaintiffs respectfully submit that their proposed Amended Complaint fully comports with the Court's June 11, 2025 and August 4, 2025 Orders. Plaintiffs have eliminated previously dismissed parties and claims, clarified individual capacity allegations, and enhanced the factual detail as directed by the Court.

**WHEREFORE**, Plaintiffs respectfully request that this Court grant leave to file their Amended Complaint, attached hereto as **Exhibit 1**, and for such other and further relief as the Court deems just and proper.

Dated: August 18, 2025.
Respectfully submitted,

Richard C. Labarthe, OBA # 11393

Alexey V. Tarasov, OBA # 32926
LABARTHE & TARASOV, a professional association
1000 W. Wilshire Blvd., Suite 355
Oklahoma City, Oklahoma 73116
(405) 760-3323; (405) 843-9685 Facsimile
richard@labarthelaw.com
330 W. Gray Street, Suite 208
Norman, OK 73069
(405) 410-5631; (832) 558-3540 Facsimile
alexey@tarasovlaw.com
**Attorneys for Plaintiffs**

- 3 -

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 18, 2025, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. I further certify that a true and correct copy of the foregoing document was electronically sent to all counsel of record, including:

Lauren Ray, OBA# 22694
Lexie P. Norwood, OBA# 31414
Assistant Attorneys General
Oklahoma Attorney General's Office
313 NE 21st Street
Oklahoma City, OK 73105
(405) 521-3921; Fax: (405) 521-4518
lauren.ray@oag.ok.gov
lexie.norwood@oag.ok.gov
**Attorneys for Defendants**

/s/ Alexey V. Tarasov