**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

DANIELLE ROSS, individually and as next )
of kin to MARQUIEL D. ROSS, deceased, and )
ESTATE OF MARQUIEL D. ROSS, ex rel., )
RACHEL MACON, as Administrator, )
                                                    )
           Plaintiffs, )
                                                    )
v. )          Case No. CIV-25-472-J
                                                    )
STEVEN HARPE, in his individual and official )
capacities as Director of the Oklahoma )
Department of Corrections, et al., )
                                                    )
           Defendants. )

## ORDER

After granting Defendants' motion to dismiss, Plaintiffs were granted an opportunity to seek amendment. That motion was filed on August 18, 2025 and Defendants did not object. Accordingly, Plaintiffs' motion to amend [Doc. No. 14] is GRANTED. Plaintiffs shall file the Amended Complaint no later than September 15, 2025.

IT IS SO ORDERED this 11th day of September, 2025.

BERNARD M. JONES
UNITED STATES DISTRICT JUDGE