**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **DANIELLE ROSS, individually and as next of kin to MARQUIEL D. ROSS, deceased, and ESTATE OF MARQUIEL D. ROSS, ex rel. RACHEL MACON, as Administrator,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **Case No. CIV-25-472-CMS** |
| **STEVEN HARPE, et al.,** | ) | |
| **Defendants.** | ) | |

**ORDER REFERRING CASE FOR JUDICIAL SETTLEMENT CONFERENCE**

Under LCvR16.2(a), the undersigned **ORDERS** and **REFERS** this matter to United States Magistrate Judge Amanda Maxfield for a judicial settlement conference to be held on a date and time set by Judge Maxfield before October 30, 2026.

**IT IS SO ORDERED** this 16th day of June, 2026.

Chris M. Stephens
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE